UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                             Crim. No. <u>09-cr-187-06-JL</u>

<u>Noah Grassie</u>


<u>**ORDER ON VIOLATION OF CONDITIONS**</u>

    The defendant appeared before me on this date at a LASER Review Hearing.  During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release.  As a result, the court enters the following order:


\_\_\_    The defendant shall be detained until _____.
At the conclusion of incarceration, defendant shall be:

    \_\_    Brought before the undersigned judge.

    \_\_    Released on _____at _____ am/pm.
                            [Date]          [Time]


\_\_\_    The defendant shall reside in Hampshire House for a period of _____ days/months to commence on _____, and shall observe the rules of that facility.


\_\_\_    The defendant shall be placed on home detention for \_\_\_\_\_ days/months, to commence on _____.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office.  The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

   X    The defendant shall be subject to the following additional or modified conditions:

1. Return to the beginning of Phase 3 as of 3/7/2011.
2. Report weekly to LASER Docket for the first month of Phase 3.
3. Return to wearing weekly sweat patch for drug testing.
4. Attend 3 meetings per week in addition to his LTG counseling.
5. Be detained at the US Marshal's Office Monday 3/14/2011 from 8:30 AM to 2:15 PM. The following 3 Monday's the defendant is to perform community service as directed by the US Probation Office or report to the US Marshal's Office to be detained from 8:30 AM to 2:15 PM. US Probation Office will contact the US Marshal's Office as to whether the community service is satisfied in advance of Mr. Grassie's Monday reporting requirements.
6. Mr. Grassie to observe the sentencing hearing in USA v. Jared Bowley on 3/14/2011.

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

SO ORDERED.

Date:   3/11/11

Joseph N. Laplante
United States District Judge

USDCNH-7 (5-10)

3